# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Watson Laboratories, Inc., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>Federal Trade Commission,<br><br>*Defendant*. | CIVIL ACTION: 2:16-cv-05599 |

## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

Watson Laboratories, Inc. and Allergan Finance, LLC ("Plaintiffs"), by and through their undersigned counsel, submit this Notice of Supplemental Authority in support of their opposition to the pending Motion to Dismiss filed by Defendant Federal Trade Commission ("FTC") (Dkt. No. 47).

Plaintiffs previously informed the Court that Judge Orrick has stayed the FTC's action pending in the Northern District of California, captioned *FTC v. Allergan plc, et al.*, No. 17-cv-00312-WHO (N.D. Cal.). (*See* Plaintiffs' Sur-Reply in Opposition to Motion to Dismiss, Dkt. No. 52 at 2, 12.) Attached as Exhibit A is Judge Orrick's formal Order Granting Motion to Stay, Dkt. No. 64, *FTC v. Allergan plc, et al.*, No. 17-cv-00312-WHO (N.D. Cal. Apr. 5, 2017). There, Judge Orrick found that "because there is no evidence that the Watson defendants

are likely to enter into a similar reverse-payment settlement in the near future, there is no current threat of harm to the public." *Id.* at 2.

| | |
|---|---|
| Dated: April 6, 2017 | Respectfully Submitted, |

Steven C. Sunshine (*pro hac vice*)
Timothy H. Grayson (*pro hac vice*)
**SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP**
1440 New York Avenue, NW
Washington, D.C. 20005
Tel: (202) 371-7000
Fax: (202) 393-5760
steve.sunshine@skadden.com
timothy.grayson@skadden.com

Karen Hoffman Lent (*pro hac vice*)
Michael H. Menitove (*pro hac vice*)
**SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP**
4 Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
karen.lent@skadden.com
michael.menitove@skadden.com

/s/ Terry M. Henry
Terry M. Henry
**BLANK ROME LLP**
130 North 18th Street
Philadelphia, PA 19103
Tel: (215) 569-5644
Thenry@blankrome.com

Edward D. Rogers (69337)
Matthew I. Vahey (315920)
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Tel: (215) 864-8500
Fax: (215) 864-8999
vaheym@ballardspahr.com

/s/ Peter J. Carney
Peter J. Carney (*pro hac vice*)
David R. Courchaine (*pro hac vice*)
Youngeun Kim (321310)
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Tel: (202) 626-3600
Fax: (202) 639-9355
pcarney@whitecase.com
dcourchaine@whitecase.com
january.kim@whitecase.com

Jack E. Pace III (*pro hac vice*)
Bryan D. Gant (*pro hac vice*)
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, New York 10036
Tel: (212) 819-8200
Fax: (212) 354-8113
jpace@whitecase.com
bgant@whitecase.com

*Counsel for Watson Laboratories, Inc.*   *Counsel for Allergan Finance, LLC*

## **ATTESTATION STATEMENT**

     I, Terry M. Henry, the ECF User whose identification and password are being used to file the foregoing Notice of Supplemental Authority in Support of Opposition to Motion to Dismiss, attest under penalty of perjury that concurrence in this filing has been obtained from all submitting counsel.

Dated:  April 6, 2017                                                   /s/   Terry M. Henry
                                                                                                        Terry M. Henry

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April, 2017, this Notice of Supplemental Authority in Support of Opposition to Motion to Dismiss was filed electronically and served on counsel of record via the Court's CM/ECF Filing System**.**

/s/ Terry M. Henry
Terry M. Henry
